# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1364
L.T. Case No. 2013-CF-2406-A

_____

DARWIN JAMES FIFIELD, SR.,

　　　Appellant,

　　　v.

STATE OF FLORIDA,

　　　Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Darwin James Fifield, Sr., Blountstown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

August 6, 2024

PER CURIAM.

　　　AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, SOUD, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————